## TOWN OF TRUMBULL *v.* LINDA A. PALMER, EXECUTRIX (ESTATE OF MICHAEL A. KNOPICK), ET AL.

The petition by the defendant Helene B. Knopick for certification for appeal from the Appellate Court, 104 Conn. App. 498 (AC 26988), is denied.

VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Helene B. Knopick*, pro se, in support of the petition.

*Robert G. Golger*, in opposition.

Decided March 6, 2008

## ROBERT MADAGOSKI *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Madagoski's petition for certification for appeal from the Appellate Court, 104 Conn. App. 768 (AC 27142), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Paul R. Kraus*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided March 6, 2008